UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14006-CR-MARTINEZ(MOORE)

**UNITED STATES OF AMERICA,**

        Plaintiff(s),

vs.

**MICHAEL BROWN
#75073-004,**

        Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [71] on Defendant's Pro Se Notice of Appeal [57] and the Eleventh Circuit Court of Appeals' Limited Remand [64]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued September 19, 2008 is hereby **ADOPTED.** Defendant's untimely Notice of Appeal is hereby considered a motion for extension of time under Fed. R. App. P. 4(b)(4) and Defendant is not required to file a new notice of appeal.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of December, 2008.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record
U. S. Court of Appeals, Eleventh Judicial Circuit, Case No. 08-13316-C